**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C.WANG, | No. C07-00307 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

The Court hereby **DISMISSES** this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff has failed to file an amended complaint.

A plaintiff has a general duty to prosecute his case. *Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc.*, 587 F.2d 27, 29 ( 9th Cir.1978). In determining whether to dismiss an action for lack of prosecution, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions." *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988).

On January 17, 2007, S.C. Wang ("Plaintiff") filed a complaint and application to proceed in forma pauperis.[1] On February 17, 2007, this Court dismissed the complaint *sua sponte* with leave to

---

[1] Docket No. 1.

1 amend because Plaintiff's complaint failed to state a cause of action.[2]  Plaintiff has not yet filed an
2 amended complaint.  The Court's need to manage its docket weighs in favor of dismissing this
3 action.

4      Accordingly, Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to
5 prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The clerk of the court is directed to
6 close the file.

7 **IT IS SO ORDERED.**

10 Dated: April__4__, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[2] Docket No. 4.

2